# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
San Antonio Lighthouse for the Blind ) ASBCA No. 61302
)
Under Contract No. 000000-00-0-0000 )

APPEARANCES FOR THE APPELLANT: Johnathan M. Bailey, Esq.
Kristin E. Zachman, Esq.
Bailey & Bailey, P.C.
San Antonio, TX

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
Air Force Deputy Chief Trial Attorney
Justin D. Haselden, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The dispute underlying this appeal has been settled. The parties' joint motion is granted, and the appeal is dismissed with prejudice.

Dated: April 15, 2019

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61302, Appeal of San Antonio Lighthouse for the Blind, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals